UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                              **Case No. 2:25-mj-220**

**Ana Carmen Flores Garcia**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 4/22/2025 1:36pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Dave Twombly |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Keith Yeazel |
| INTERPRETER: | Maria Gabriela Harris | Pretrial/Probation | Tiara Turner |

Initial Appearance

-Dft appeared and was advised of Material Witness Warrant
-Financial Affidavit submitted, CJA Counsel Keith Yeazel appointed
-Detention Hearing set for 4/24/2025 at 2pm
-Defendant remanded to custody of USMS.