AO 443 (Rev. 11/11)  Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Ana Carmen FLORES GARCIA<br>*Defendant* | Case No. 2:25-mj-220 |

FILED
RICHARD W. NAGEL
CLERK OF COURT

APR 22 2025 11: 52 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Ana Carmen FLORES GARCIA, a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.
☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: 04/17/2025

*Issuing officer's signature*
Chelsey M. Vascura
United States Magistrate Judge
*Printed name and title*

City and state:  Columbus, Ohio

---

### Return

This warrant was received on *(date)* 4/17/2025, and the person was arrested on *(date)* 4/22/2025 at *(city and state)* Westerville, OH.

Date: 4/22/2025

*Arresting officer's signature*

Bianca Ragone, Special Agent
*Printed name and title*